UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-09886 DSF (JPRx) | Date | February 7, 2022 |
|---|---|---|---|
| Title | Nicole Denise Griggs v. The Michael Jackson Estate, et al. | | |

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Renee Fisher | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER

On January 5, 2022, the Court denied Plaintiff's request to proceed in forma pauperis and directed her to pay the filing fee within 30 days, warning her that her lawsuit would be dismissed if she did not do so.  Instead, on January 24 she filed a notice of appeal and a request to proceed IFP on appeal.  On January 26, the Ninth Circuit Court of Appeals directed her to file an IFP application "in th[at] court."

Accordingly, the January 24 IFP application is ORDERED STRICKEN because it should have been filed in the Ninth Circuit.  Because more than 30 days have passed since the January 5 order and Plaintiff has not paid the filing fee, this action is DISMISSED and the Clerk is directed to close this case.  After that order is entered, Plaintiff must file a new notice of appeal if she wants to challenge any of the Court's rulings.